**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ROMAN WOODSON,

        Plaintiff,

vs.                                      Case No. 3:05-mc-63-J-32HTS

UNITED STATES OF AMERICA,

        Defendant.

_____

**ORDER**[1]

On August 3, 2006, the Court issued an Order to Show Cause (Doc. 7) advising plaintiff that his failure to respond by August 25, 2006 would result in dismissal of his case for failure to prosecute without further notice. Plaintiff has failed to file any response. Accordingly, it is hereby

**ORDERED**:

Pursuant to Local Rule 3.10(a), plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice** for failure to prosecute. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of September, 2006.

                                                            _____
                                                            TIMOTHY J. CORRIGAN
s.                                                      United States District Judge
Copies:
pro se plaintiff

_____

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.